UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUAN I. THOMAS,<br><br>             Plaintiff,<br>    v.<br><br>NORTHLAND SERVICES, INC., *et al.*,<br><br>             Defendants. | No. C11-0412RSL<br><br>ORDER GRANTING DEFENDANT NORTHLAND SERVICES' MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on "Defendant Northland Services, Inc.'s Motion for Summary Judgment and Dismissal." Dkt. # 19. Plaintiff has not opposed the motion to dismiss, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court also notes that plaintiff has failed to appear for deposition in this matter, despite an order to do so. The Court has reviewed the record in this matter as well as defendant's motion and finds that dismissal is appropriate.

The motion for summary judgment is therefore GRANTED. Plaintiff's claims against Northland Services, Inc., are hereby DISMISSED with prejudice and the Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff. The Clerk of Court is also directed to email this order to plaintiff at seattle.finest@hotmail.com in addition to mailing the order to the address listed in the docket.

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT

Dated this 21st day of December, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT                    -2-